UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM E. BEARD, pro se, and SARAH LEPLEY, pro se<br><br>Plaintiffs,<br><br>v.<br><br>DAVID FRANCIS MICELI, W. ROGER SMITH III, and BEASLEY, ALLEN, CROW, METHVIN, PORTIS, & MILES, P.C.<br><br>Defendants. | No. C05-0861Z<br><br>ORDER OF TRANSFER |

This matter comes before the Court on Defendants' Motion to Dismiss or Transfer, docket no. 6. The Court GRANTS IN PART and DENIES IN PART Defendants' Motion to Dismiss or Transfer, docket no. 6. Defendants' Motion to Dismiss is DENIED and the Motion to Transfer is GRANTED. This matter is hereby TRANSFERRED to the United States District Court for the Middle District of Tennessee pursuant to 28 U.S.C. § 1406(a) because venue is improper in the Western District of Washington.

IT IS SO ORDERED

Filed and entered this 12th day of August, 2005.

_____
Thomas S. Zilly
United States District Judge

ORDER 1–